No. 25-11719

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

TEENA FOY,

*Appellant*,

v.

FLORIDA COMMISSION ON OFFENDER REVIEW, ET AL.,

*Appellees*.

Appeal from the U.S. District Court for the Northern District of Florida

Honorable Mark E. Walker, Chief District Judge

Civil Case 4:24-CV-140-MW/MAF

## APPELLANT'S UNOPPOSED MOTION FOR LEAVE
## TO FILE AMENDED OPENING BRIEF

| | | |
|---|---|---|
| Marc J. Randazza | Andrew B. Greenlee | Carrie Ann Goldberg |
| FL Bar No. 625566 | FL Bar No. 96365 | *Pro Hac Vice* |
| RANDAZZA LEGAL GROUP, PLLC | ANDREW GREENLEE, P.A. | C.A. GOLDBERG, PLLC |
| 2 S. Biscayne Blvd, Suite 2600 | 401 E. 1st Street, Unit 261 | 16 Court Street, 33rd Floor |
| Miami, FL 33131 | Sanford, FL 32772 | Brooklyn, NY 11241 |
| (888) 887-1776 | (407) 808-6411 | Tel: (646) 666-8998 |
| ecf@randazza.com | andrew@greenleelaw.com | carrie@cagoldberglaw.com |

*Attorneys for Appellant*

# STATEMENT OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-1, counsel for Appellant Teena Foy hereby certifies that the following persons, firms, and entities have, or may have had, an interest in the outcome of this appeal:

1. Andrew B. Greenlee, P.A. (Law Firm representing Plaintiff-Appellant);

2. C.A. Goldberg, PLLC (Law Firm representing Plaintiff-Appellant);

3. Coonrod, Melinda N. (Former Commissioner for Defendant-Appellee Florida Commission on Offender Review);

4. Davidson, Richard D. (Defendant-Appellee);

5. Florida Commission on Offender Review (Defendant-Appellee);

6. Fitzpatrick, Honorable Martin A. (United States Magistrate Judge for the Northern District of Florida);

7. Foy, Teena (Plaintiff-Appellant);

8. Goldberg, Carrie Ann (Counsel Plaintiff-Appellant);

9. Graham-Foy, Scott (Son of Plaintiff-Appellant);

10. Greenlee, Andrew Brooks (Counsel for Plaintiff-Appellant);

11. Lamia, Christina Edwards (Counsel for Defendants-Respondents in District Court);

12. Newhall, Timothy L. (Counsel for Defendants-Appellees);

13. Randazza Legal Group, PLLC (Law Firm representing PlaintiffAppellant);

14. Randazza, Marc John (Counsel for Plaintiff-Appellant);

15. Spears, Sara E. (Counsel for Defendants-Appellees);

16. Walker, Honorable Mark E. (United States District Court Judge for the Northern District of Florida);

17. Whitworth, Susan M. (Defendant-Appellee);

18. Wyant, David A. (Defendant-Appellee).

No publicly traded company or corporation has an interest in the outcome of this appeal.

Respectfully submitted,

/s/ Marc J. Randazza
MARC J. RANDAZZA
RANDAZZA LEGAL GROUP, PLLC
2 S. Biscayne Blvd,
Suite 2600
Miami, FL 33131

*Counsel for Appellant*

Appellant Teena Foy files this Motion for leave to file an amended Opening Brief for the sole purpose of making non-substantive corrections to her Opening Brief that counsel for Appellant discovered after filing the Opening Brief. Appellant conferred with counsel for Appellees regarding the requested relief, and counsel for Appellees represented on August 1, 2025, that they do not oppose.

While the Federal Rules of Appellate Procedure and Eleventh Circuit Rules do not specifically address motions for leave to file an amended brief, Circuit Rule 27-1(c) identifies unopposed motions for procedural orders which may be acted upon by the Clerk, which include motions "(2) to make non-substantive corrections at the request of counsel in briefs or pleadings filed in court."

Appellant filed her Opening Brief on July 30, 2025. After filing it, counsel learned that the Brief did not comply with Fed. R. App. P. 32(a)(g)(1), as it did not include the number of words in the Brief. After discovering this inadvertent omission, counsel for Appellant also discovered a small number of non-substantive grammatical and formatting errors that they would like to fix in an amended Brief. The corrections in the proposed corrected Brief would not affect the substantive arguments or issues presented in the Opening Brief. The proposed corrected Brief would not prejudice any party to this appeal, as Appellant does not request an extension of any deadlines, and the proposed corrections to the Brief will have no

effect on any arguments Appellees may make in their Answering Brief(s). The proposed amended Brief is attached to this Motion.

    This Motion is timely, as Appellant is filing it as soon as possible after learning of issues requiring correction. Appellant will file an amended Brief with these corrections as soon as the Court grants this Motion.


Dated: August 1st, 2025                Respectfully submitted,

/s/ Marc J. Randazza

| Marc J. Randazza | Andrew B. Greenlee | Carrie Goldberg |
|---|---|---|
| FL Bar No. 625566 | FL Bar No. 96365 | *Pro Hac Vice* |
| RANDAZZA LEGAL GROUP, PLLC | ANDREW GREENLEE, P.A. | C.A. GOLDBERG, PLLC |
| 2 S. Biscayne Blvd, Suite 2600 | 401 E. 1st Street, Unit 261 | 16 Court Street, 33rd Floor |
| Miami, FL 33131 | Sanford, FL 32772 | Brooklyn, NY 11241 |
| (888) 887-1776 | (407) 808-6411 | Tel: (646) 666-8998 |
| ecf@randazza.com | Andrew@Greenleelaw.com | carrie@cagoldberglaw.com |

*Attorneys for Appellant*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

This motion complies with Fed. R. App. P. 32(g)(1) and 27(d)(2)(A) because it contains 295 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

Date: August 1, 2025.

/s/ Marc J. Randazza
Marc J. Randazza,
FL Bar No. 625566
RANDAZZA LEGAL GROUP, PLLC
2 S. Biscayne Blvd,
Suite 2600
Miami. FL 33131
Tel: (888) 887-1776
ecf@randazza.com

*Counsel for Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that on August 1st, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: August 1, 2025.

/s/ Marc J. Randazza
Marc J. Randazza,
FL Bar No. 625566
RANDAZZA LEGAL GROUP, PLLC
2 S. Biscayne Blvd,
Suite 2600
Miami. FL 33131
Tel: (888) 887-1776
ecf@randazza.com

*Counsel for Appellant*